Jerry B. JACKSON, Plaintiff–Appellant,

v.

E.B. PETERSON, Officer # 664; J.W. Hetrick, Officer # 1472; L.G. Sell, Officer # 1812; J.E. Kelly, Officer # 1747; C.W. Wetherell, Officer # 894; H.D. McKinney, Officer # 1476; Unknown Officer, # 896, Defendants–Appellees.

No. 02–7464.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 21, 2002.

Decided Dec. 4, 2002.

Jerry Jackson, Appellant Pro Se.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Jerry Jackson appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Jackson v. Peterson,* No. CA–02–306–3–1–MU (W.D.N.C. filed Sept. 16, 2002 & entered Sept. 19, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*